# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00178-MR
# (CRIMINAL CASE NO. 1:05-cr-00023-MR-DLH-5)

| | |
|---|---|
| DEBORAH REID HENDRIX,  ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. [Doc. 1].

**IT IS, THEREFORE, ORDERED** that:

(1) The Clerk of Court shall calendar this matter for this Court's August 2015 sentencing term;

(2) The United States Marshal shall make arrangements to have the Petitioner transported from her place of incarceration to this District sufficiently in advance of the August 2015 sentencing term so that she may be afforded an adequate opportunity to confer with counsel in preparation for the hearing;

(3)     The Federal Defender shall appoint counsel to represent the Petitioner; and

(4)     The United States Probation Office shall provide a supplemental presentence report in advance of the sentencing hearing.

The Clerk of Court is directed to certify copies of this Order to the Petitioner, counsel for the Government, the Federal Defenders of Western North Carolina, the United States Bureau of Prisons, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge